UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT BRENT MEADOWS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:21-cv-02559-TWP-DLP |
| | ) |
| INDIANA UNIVERSITY HEALTH, INC., | ) |
| | ) |
| Defendant. | ) |

<u>Report and Recommendation to</u> <u>Dismiss Complaint without Prejudice</u>

On September 21, 2022, the court issued an order to show cause to the plaintiff, Dkt. [61]. Plaintiff was ordered to appear in person for a show cause hearing on October 25, 2022. Plaintiff failed to appear to the order to show cause or take any other action to prosecute the case.

Because of plaintiff's failure to comply with the court's order, the Magistrate Judge recommends to the District Judge that Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE.

Any objections to the Magistrate Judge's Report and Recommendation must be filed in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). Failure to file objections within fourteen days after service will constitute a waiver of subsequent review absent a showing of good cause for such failure.

IT IS SO RECOMMENDED.

Date: 10/25/2022

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

ROBERT BRENT MEADOWS
15819 Bear Creek Road
Hagerstown, IN 47346