UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT BRENT MEADOWS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:21-cv-02559-TWP-DLP |
| | ) |
| INDIANA UNIVERSITY HEALTH, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted her Report and Recommendation to Dismiss Complaint without Prejudice (Filing No. 63). The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. This matter is **DISMISSED** without prejudice. Final Judgment will issue separately.

IT IS SO ORDERED.

Date: 11/15/2022

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

ROBERT BRENT MEADOWS
15819 Bear Creek Road
Hagerstown, IN 47346

Cheyna Galloway
JACKSON LEWIS PC (Indianapolis)
cheyna.galloway@jacksonlewis.com

Dorothy D. McDermott
JACKSON LEWIS PC (Indianapolis)
Dorothy.McDermott@jacksonlewis.com